UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

GARY WARICK,

    Plaintiff,

v.

GEORGE TUSSEY, et al.,

    Defendants.

Civil Action No. 7: 23-74-KKC

**JUDGMENT**

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Gary Warick's complaint [R. 1] is **DISMISSED** with prejudice.

2. Judgment is **ENTERED** in favor of all defendants.

3. This is a **FINAL** and **APPEALABLE** Judgment.

Entered:  September 11, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY